## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| MARIE WASNETSKY, ADMINISTRATOR OF THE ESTATE OF JOSEPH CHARLES WASNETSKY, | : | No. 405 MAL 2019 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| Petitioner | : | from the Order of the Superior Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| QUINN'S MARKET, QUINN'S MARKET OF ARCHBALD, INC., KRENITSKY'S OF BLAKELY, INC., KRENITSKY'S SUPERMARKET CORPORATION, WILLIAM KRENITSKY AND JOSEPH QUINN, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 2nd day of January, 2020, the Petition for Allowance of Appeal is **DENIED**.